UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FABIAN ORLANDO ROJAS SANCHEZ, *individually and on behalf of all others similarly situated, et al.*,

                               Plaintiffs,                      23-CV-10463 (JPC) (VF)

           -against-                                        **ORDER**

O.E. CONTRACTING SOLUTIONS LLC *et al.*,

                               Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The Parties are directed to submit a status update on this matter by **July 12, 2024**.

    SO ORDERED.

DATED:    New York, New York
                 July 2, 2024

                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge