UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FABIAN ORLANDO ROJAS SANCHEZ, et al.,

                              Plaintiffs,                  **23-CV-10463 (JPC) (VF)**

              -against-                                     **ORDER**

O.E. CONTRACTING SOLUTIONS LLC, et al.,

                              Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephonic conference is hereby scheduled for **Monday, December 2, 2024 at 11:30 a.m.** to address the motion to withdraw as attorney at ECF No. 21. Stephen D. Hans and a representative of the Defendant company with authority/supervision over this litigation are directed to appear for this conference and call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [977 195 691#].**

        **SO ORDERED.**

DATED:    New York, New York
               October 23, 2024

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge