UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FABIAN ORLANDO ROJAS SANCHEZ, et al.,

                              Plaintiffs,           **23-CV-10463 (JPC) (VF)**

          -against-                          **ORDER**

O.E. CONTRACTING SOLUTIONS LLC, et al.,

                              Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendant O.E. Contracting Solutions LLC has not updated the Court regarding its search for new counsel. Defendant O.E. Contracting Solutions LLC is directed to file a status update by **March 11, 2025**.

      The Clerk of Court is directed to mail this order to O.E. Contracting Solutions LLC at the address Defendant's former counsel provided at ECF No. 24.

          SO ORDERED.

DATED:    New York, New York
              February 21, 2025

                                                             _____
                                                              VALERIE FIGUEREDO
                                                               United States Magistrate Judge