UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FABIAN ORLANDO ROJAS SANCHEZ, et al.,

                        Plaintiffs,                  **23-CV-10463 (JPC) (VF)**

       -against-                                **ORDER**

O.E. CONTRACTING SOLUTIONS LLC, et al.,

                        Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 2, 2024, the Court granted Defendants' former counsel's motion to withdraw. ECF No. 23. At that time, the Court advised Defendant entity O.E. Contracting Solutions LLC that it could not remain unrepresented in this case, as corporate entities cannot appear *pro se*. Id. Defendants were therefore directed to inform the Court as to whether O.E. Contracting Solutions LLC had obtained new counsel to represent it in this matter by January 3, 2025. Id. Defendants failed to update the Court on its search for new counsel by that date. The Court then directed Defendants to inform the Court as to whether O.E. Contracting Solutions LLC had obtained new counsel by March 11, 2025. ECF No. 25. That date has now passed, and counsel has not yet appeared on behalf of O.E. Contracting Solutions LLC despite the Court giving Defendants months to retain new counsel.

Defendants are again advised that a corporate entity such as O.E. Contracting Solutions LLC cannot appear *pro se*. Defendants are warned that failure to retain counsel to represent O.E. Contracting Solutions LLC in this matter may result in the entry of a default judgment against the corporate entity.

The Clerk of Court is respectfully directed to mail this order to Defendants at the address Defendants' former counsel provided at ECF No. 24.

**SO ORDERED.**

DATED:   New York, New York
         March 17, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2