UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FABIAN ORLANDO ROJAS SANCHEZ, et al.,

                              Plaintiffs,                **23-CV-10463 (JPC) (VF)**

      -against-                                   **ORDER**

O.E. CONTRACTING SOLUTIONS LLC, et al.,

                              Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On May 22, 2025, the motion for default judgment at ECF No. 41 was referred to the undersigned. ECF No. 45. Defendants are directed to file an opposition to the motion by **June 20, 2025**. Plaintiffs' reply, if any, is due **July 8, 2025**. Defendants are advised that failure to respond will result in the motion for default judgment being decided based solely on Plaintiffs' papers. Plaintiffs are directed to mail a copy of this order to Defendants.

      **SO ORDERED.**

DATED:    New York, New York
               May 23, 2025

                                                              _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge