UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                                                       :
FABIAN ORLANDO ROJAS SANCHEZ, *et al.*,                                :
                                                                       :
                              Plaintiffs,                              :        23 Civ. 10463 (JPC)
                                                                       :
              -v-                                                      :        ORDER
                                                                       :
O.E. CONTRACTING SOLUTIONS LLC, *et al.*,                              :
                                                                       :
                              Defendants.                              :
                                                                       :
---------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiffs' supplement to their motion for default judgment, Dkt. 54. The Court will hold a hearing on damages on April 16, 2026, at 2:00 p.m. The hearing shall take place telephonically. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

Plaintiffs shall serve Defendants via overnight courier with copies of this Order within two business days. Within two business days of service, Plaintiffs must file proof of such service on the docket.

SO ORDERED.

Dated: March 23, 2026
       New York, New York                              _____
                                                            JOHN P. CRONAN
                                                       United States District Judge