UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                         :

FABIAN ORLANDO ROJAS SANCHEZ, *et al.*,   :

                         :

            Plaintiffs,   :

                         :

         -v-             :        23 Civ. 10463 (JPC)

                         :

O.E. CONTRACTING SOLUTIONS LLC, *et al.*,  :        <u>JUDGMENT</u>

                         :

         Defendants.   :

                         :

------------------------------------------------------------------------ X

On May 21, 2025, Plaintiffs Fabian Orlando Rojas Sanchez ("Fabian"), Liliana Katherin Rojas Sanchez ("Liliana"), Jimmy Alexander Vargas Penagos ("Penagos"), Daniel Stiven Cuesta Ruiz ("Ruiz"), and Jhon Jairo Sanabria Salamanca ("Salamanca"), moved for default judgment, damages, fees, and costs (the "Motion") against Defendants O.E. Contracting Solutions LLC and Wilfredo Garcia.  For reasons discussed on the record at the hearings conducted on February 18, 2026 and April 16, 2026, the Court grants Plaintiffs' Motion as to the First, Second, and Fifth Causes of Action with respect to all Plaintiffs, and as to the Third Cause of Action with respect to Liliana.  The Court denies the Motion as to the Fourth, Sixth, and Seventh Causes of Action, which are dismissed without prejudice.

As ordered at the conference on April 16, 2026, judgment on the First, Second, Third, and Fifth Causes of Action is entered in favor of Plaintiffs as follows:

1.  Defendants, jointly and severally, pay Fabian $53,100, which includes unpaid wages, unpaid overtime wages, and liquidated damages, plus prejudgment interest since August 15, 2022, at a per diem rate of $6.55;

2.  Defendants, jointly and severally, pay Liliana $23,395.40, which includes unpaid minimum wages, unpaid wages, unpaid overtime wages, and liquidated damages, plus

prejudgment interest since February 13, 2023, at a per diem rate of $2.88;

3.  Defendants, jointly and severally, pay Penagos $16,080, which includes unpaid overtime wages, unpaid wages, and liquidated damages, plus prejudgment interest since April 14, 2023, at a per diem rate of $1.98;

4.  Defendants, jointly and severally, pay Ruiz $18,570, which includes unpaid overtime wages, unpaid wages, and liquidated damages, plus prejudgment interest since March 16, 2023, at a per diem rate of $2.29;

5.  Defendants, jointly and severally, pay Salamanca $15,943.20, which includes unpaid overtime wages, unpaid wages, and liquidated damages, plus prejudgment interest since October 29, 2022 at a per diem rate of $1.97;

6.  Defendants, jointly and severally, pay Plaintiffs' attorneys' fees and costs in the amount of $18,996.00; and

7.  Defendants, jointly and severally, pay post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, pursuant to 28 U.S.C. § 1961.

Plaintiffs shall serve this Order on Defendants within five days of its entry.

Dated: April 17, 2026
    New York, New York

_____
JOHN P. CRONAN
United States District Judge

2